IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                                                          )
             Plaintiffs, )
                                                                           ) No. 07 C 2107
v. )
                                                                          ) Judge Guzman
MARATHON TRUCKING, INC., )
an Illinois corporation, ) Magistrate Judge Nolan
SHERRIE L. ZARNDT, Individually, )
                                                                          )
             Defendants. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on April 16, 2007 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Corporate service was made upon MARATHON TRUCKING, INC., an Illinois corporation, on April 30, 2007 and a copy of the proof of service was filed with the court on May 2, 2007.

3. Service was made upon SHERRIE L. ZARNDT, Individually on April 30, 2007 and a copy of the proof of service was filed with the court on May 2, 2007.

4. Defendants are now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$2,700.24 Pension
$4,745.84 Welfare
  $925.00 Attorneys fees
  $427.20 Court costs
$8,798.28

WHEREFORE, Plaintiff prays for the entry of judgment against Defendants, MARATHON TRUCKING, INC., an Illinois corporation and SHERRIE L. ZARNDT, Individually and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $8,798.28.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
     One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415