IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 07 C 2107<br>)<br>) Judge Guzman |
| MARATHON TRUCKING, INC., an Illinois corporation, SHERRIE L. ZARNDT, Individually, | )<br>) Magistrate Judge Nolan<br>) |
| Defendants. | ) |

## MEMORANDUM OF JUDGMENT

On May 31, 2007, Judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, and against Defendants, MARATHON TRUCKING, INC., an Illinois corporation and SHERRIE L. ZARNDT, Individually also known as SHERATON L. ZARNDT, and in the amount of $8,798.28.

DATED: 7/13/07

ENTER: _____
Honorable Ronald Guzman

Prepared by:
JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415